# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0303

**MAY 24, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          1077-F-2021.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.**  The record of the St. Tammany Parish
Clerk of Court shows that on April 22, 2021, conflict counsel
was appointed to represent relator in this case, and relator was
arraigned on May 10, 2021.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT